# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MARITZA RUBIO

VERSUS

ALLSTATE INSURANCE; STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY; SYLVIA M.
CHAMPAGNE; JUSTINE P.
ARMSTRONG

      CONSOLIDATED WITH

OLGA MEJIA

VERSUS

ALLSTATE INSURANCE; STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY; SYLVIA M.
CHAMPAGNE; JUSTINE P.
ARMSTRONG

      CONSOLIDATED WITH

LISSETTE MENENDEZ

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, ET AL

      CONSOLIDATED WITH

JUSTINE P. ARMSTRONG

VERSUS

SYLVIA M. CHAMPAGNE & STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

NO.  2022 CW 0921

**NOVEMBER 21, 2022**

---

In Re:   Olga Mejia and Maritza Rubio, applying for supervisory
writs, 23rd Judicial District Court, Parish of
Ascension, No. 130652 c/w 130654 c/w 130607 c/w
126046.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**

                      **MRT**
                      **WRC**
                      **CHH**

COURT OF APPEAL, FIRST CIRCUIT

   *a.Sn*

---

     DEPUTY CLERK OF COURT
       FOR THE COURT